UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

Bonita Ross,                                              Chapter 7

                Debtor(s).                Case No. 14-34457-KRH

Judy A. Robbins
United States Trustee
Region Four,
                Plaintiff

v.                                                        Adv. Proc No. 14-03171-KRH

Bonita Ross,

                Defendant(s).

**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT
AND DENYING DISCHARGE**

      This matter came before the Court upon the United States Trustee's Motion Requesting Entry Of Default and Default Judgment Pursuant To Bankruptcy Rule 7055 and Federal Rule of Civil Procedure 55 Against Defendant Bonita Ross (the "Motion")[1], and it appearing to the Court (i) that due notice of the Motion was given, (ii) the Summons and Complaint in this adversary proceeding were properly served upon the Defendant, Bonita Ross (the "Defendant"), (iii) the Defendant has failed to answer, file a responsive pleading or otherwise respond to the Complaint, (iv) the time for filing pleadings has expired, (v) the Defendant is in default, (vi) default was entered against the Defendant by the Clerk of the Court, (vii) the Defendant is not an infant or incompetent, (viii) the Defendant is not in the military service so as to be entitled to the benefits of the Soldier's and Sailor's Civil Relief Act and (ix) good cause exists to grant the relief sought

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

Robert B. Van Arsdale, Esq., AUST (Va. Bar No. 17483)
Shannon Pecoraro, Esq. (Va. Bar No. 46864)
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310
Facsimile (704) 771-2330

in the Motion, it is hereby ORDERED:

    1.    The Motion is GRANTED.

    2.    The discharge of the Defendant is DENIED.

    3.    Upon entry, the Clerk is directed to send a copy of this Order to all parties on the service list attached hereto.___

/s/ Kevin R. Huennekens

DATE  Feb 4 2015

KEVIN R. HUENNEKENS
BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

I ask for this:

Entered on Docket: Feb 4 2015

__/s/ Shannon Pecoraro__
Shannon Pecoraro, Esq.
Trial Attorney
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219_____

## CERTIFICATION

    I hereby certify that this Order has been either served on or endorsed by all necessary parties.

/s/ Shannon Pecoraro
Shannon Pecoraro

## **SERVICE LIST**

Bonita Ross
5201 Appleleaf Court
North Chesterfield, VA  23234

Harry Shaia, Jr.
Spinella, Owings & Shaia, P.C.
8550 Mayland Drive
Richmond, VA 23294

Shannon Pecoraro, Esq.
Office of the U.S. Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219